# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON P. FUSCO, et al.,<br><br>  Plaintiffs,<br>vs.<br>JENNY CRAIG, INC., et al.,<br><br>  Defendants. | CASE NO. 08 CV 0541 JM (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Pursuant to the parties' joint motion to dismiss (Doc. no. 13) and for good cause shown, the court hereby **GRANTS** the motion and **DISMISSES** this action without prejudice. The court also denies as moot the unsigned joint motion filed as Document no. 12. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: July 8, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:   All parties